# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| JACQUESE F. HARRELL, | * | No. 22-635V |
| | * | |
| Petitioner, | * | Special Master Christian J. Moran |
| | * | |
| v. | * | |
| | * | Filed: February 25, 2025 |
| SECRETARY OF HEALTH | * | |
| AND HUMAN SERVICES, | * | |
| | * | |
| Respondent. | * | |

* * * * * * * * * * * * * * * * * * * *

Scott B. Taylor, Urban & Taylor, S.C., Milwaukee, WI, for Petitioner;
Alexis B. Babcock, United States Dep't of Justice, Washington, DC, for
Respondent.

### UNPUBLISHED DECISION AWARDING ATTORNEYS' FEES AND COSTS[1]

Pursuant to 42 U.S.C. § 300aa-15(e), petitioner has requested a total of
$56,342.90 in attorneys' fees and costs. The undersigned tentatively found that
petitioner requested a reasonable amount for fees and was entitled to the full
amount requested for fees. The undersigned requested additional information with
respect to costs. Petitioner supplied the additional information. The undersigned
allowed respondent an opportunity to comment. Respondent did not interpose any
objections within the time permitted.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case,
it must be made publicly accessible and will be posted on the United States Court of Federal
Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in
accordance with the E-Government, 44 U.S.C. § 3501 note (2012) (Federal Management and
Promotion of Electronic Government Services). Pursuant to Vaccine Rule 18(b), the parties
have 14 days to file a motion proposing redaction of medical information or other information
described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will
appear in the document posted on the website.


Petitioner's attorney, attorney staff, and expert have requested hourly rates that are consistent with the rates previously awarded and/or reasonable. The number of hours is reasonable. Thus, the amount requested is reasonable.[2]

Petitioner is awarded $56,342.90 to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment herewith.[3]

**IT IS SO ORDERED**.

s/Christian J. Moran
Christian J. Moran
Special Master

---

[2] Petitioner's counsel is reminded that a failure to submit "complete documentation in support of the request may result in the denial, or reduction in amount, of an attorney's fees and costs award." Vaccine Rule 13(a)(1). In this case, petitioner's counsel explained the absence of complete documentation was caused by an illness.

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.